UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WEAVER COOKE CONSTRUCTION, LLC; | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | NO.: 5:14-cv-00515-BR |
| | ) | |
| CURENTON CONCRETE WORKS, INC. | ) | |
| | ) | |
|     Appellee. | ) | |

| | | |
|---|---|---|
| WEAVER COOKE CONSTRUCTION, LLC; | ) | |
| | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | NO.: 5:14-cv-00711-BR |
| | ) | |
| CURENTON CONCRETE WORKS, INC. | ) | |
| | ) | |
|     Appellee. | ) | |

**ORDER**

This matter comes before the court on Weaver Cooke Construction, LLC's unopposed motion to dispense with the appendix requirement under Bankruptcy Rules 8018(b)(1) and (2). The motion is ALLOWED.

This 21 August 2015.

_____
W. Earl Britt
Senior U.S. District Judge